435 A.2d 933

Talvacchia, Appellant v. McCormick-Taylor, et al.
Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued December 5, 1980. Pershing N. Calabro, for appellant; Charles M. Golden, for appellees.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.

September 4, 1981.

437 A.2d 1017

Colona, et ux., Appellants v. Jacob Altai Corp.

Argued January 20, 1981. David N. Brook, for appellants; Manuel A. Spigler, for appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., dissented.